UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHEYNE MICHAEL THOMPSON,<br><br>Defendant. | 3:20-CR-30070-RAL<br>3:11-CR-30084-RAL<br><br><br>SENTENCING<br>SCHEDULING ORDER |

Defendant Cheyne Michael Thompson appeared before Magistrate Judge Mark Moreno for a change of plea hearing on October 5, 2022. Judge Moreno issued a Report and Recommendation recommending that the Court accept Defendant's plea of guilty to Count 1 as alleged in the Indictment in CR 20-30070, and has admitted the allegations in Paragraphs 1, 2, 3, and 7 of the Petition to Revoke Supervised Release, Doc. 54, in CR 11-30084. In CR 11-30084, Judge Moreno also issued a Report and Recommendation, Doc. 85, recommending that the Court dismiss the Second and Third Amended Petitions to Revoke Supervised release, Doc. 72 and 76. For good cause, it is hereby

ORDERED that this Court adopts the Report and Recommendations, Doc. 27 in CR 20-30070, Doc. 84 in CR 11-30084, the plea of guilty is accepted, and Defendant is adjudged guilty of Count 1 as alleged in the Indictment in CR 20-30070, and accepts the admissions to the allegations in Paragraphs 1, 2, 3, and 7 of the Petition to Revoke Supervised Release, Doc. 54, in CR 11-30084. It is further

ORDERED that this Court adopts the Report and Recommendation, Doc. 85 in CR 11-30084, and the Second Amended Petition to Revoke Supervised Release, Doc. 72 in CR 11-30084, and the Third Amended Petition to Revoke Supervised Release, Doc. 76 in CR-11-30084, are hereby dismissed. It is further

ORDERED that a combined modified presentence report be prepared and the draft shall be filed by the Probation Office in CM/ECF using the Draft Presentence Report event by **December 12, 2022.** It is further

ORDERED that any objection to the presentence report and notice of intent to seek a departure by either the Government or the Defendant shall be filed by counsel in CM/ECF using the Objections to Presentence Report event by **December 26, 2022.** If counsel has no objections to the presentence report, counsel should indicate such by using the Notice of No Objections to Presentence Report event. It is further

ORDERED that all letters of support shall be filed by counsel in CM/ECF using the Sealed Letter(s) of Support event by **January 9, 2023.** All letters of support shall be legibly scanned as one document and not scanned as separate documents. It is further

ORDERED that the final presentence report shall be filed by the Probation Office in CM/ECF using the Final Presentence Report event by **January 9, 2023.** An addendum setting forth any unresolved objections, the grounds for those objections, and the probation officer's comments on those objections shall also be filed in CM/ECF using the Addendum to Final Presentence Report event. It is further

ORDERED that any Sentencing Memorandum and Motion for Departure or Variance shall be filed in CM/ECF by **January 16, 2023.** It is further

ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Monday, January 23, 2023 at 2:00 p.m.**, in the Courtroom of the U.S. Courthouse in Pierre South Dakota.

DATED this 6th day of October, 2022.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE